IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAINE LAMBERT,

                     Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

                     Defendant.

Case No. 8:17-cv-01129-JSM-JSS

**JOINT MOTION REGARDING PRODUCTION OF PLAINTIFF'S TAX RETURNS**

       Pursuant to Rule 26(c), Plaintiff Blaine Lambert and Defendant United Parcel Service, by and through their undersigned counsel, hereby move for the Court to enter the attached stipulated Protective Order concerning the production of Plaintiff's tax returns. In support this motion, the Parties state as follows:

       1.     Rule 26(c)(1) provides that the Court may for good cause, issue an order to protect a party including by requiring that a confidential be revealed only in a specified way; and

       2.     Defendant's First Request for Production of Documents requests production of Plaintiff's tax returns to which Plaintiff asserted timely objections.

       3.     "[M]ost courts have noted that public policy concerns favor keeping tax returns confidential when possible, and have ordered production only when the relevance of the information is clear and there is a compelling need." *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, CIV.A.1:04-CV3066JEC, 2006 WL 5157686, at *7 (N.D. Ga. May 31, 2006). Similarly, courts have approved filing such documents under seal by concluding that while the

public has an important interest in generally being able to observe the workings of the judiciary," there is "no additional legitimate interest that the public may have in inspecting these particular documents." *Arrowpac Inc. v. Sea Star Line*, LLC, 3:12-CV-1180-J-32JBT, 2014 WL 12617731, at *2 (M.D. Fla. May 1, 2014).

    4.    Recognizing that "[t]ax returns routinely contain sensitive financial information and society tends to view and treat tax returns as confidential documents," courts in this district have encouraged the parties to meet and confer to come to an agreement on a confidentiality agreement or proposed protective order of confidentiality for the tax returns." *Coach, Inc. v. Visitors Flea Mkt., LLC*, 6:11-CV-1905-ORL-19, 2013 WL 5770598, at *3 (M.D. Fla. Oct. 24, 2013).

    5.    The Parties here have agreed that Defendant must keep any tax returns produced by Plaintiff confidential by (a) filing tax returns under seal with the Court to the extent the returns need to be filed with the Court; and, (b) limiting the dissemination of Plaintiff's tax returns to Defendant's in-house counsel, any economic loss expert witness Defendant retains in this case, and Defendant's outside counsel and their support staff; however, the Court's Order alone will not prevent Defendant from seeking to use or introduce Plaintiff's appropriately redacted tax returns at trial or otherwise as required by the Court, nor will the Order prevent Plaintiff from objecting to the use of his tax returns or the introduction of his tax returns at trial.

    WHEREFORE, the Parties request that this Court enter the attached Order regarding production of Plaintiff's tax returns.

Dated: October 17, 2017

| | |
|---|---|
| /s/ R. Joseph Barton<br>R. JOSEPH BARTON,<br>admitted *pro hac vice*<br>BLOCK & LEVITON LLP<br>1735 20th Street<br>Washington D.C. 20009<br>Telephone: 202-734-7046<br>Email: jbarton@blockesq.com<br><br>MATTHEW Z. CROTTY,<br>admitted *pro hac vice*<br>CROTTY & SON LAW FIRM, PLLC<br>905 West Riverside, Suite 409<br>Spokane, WA 99201-0300<br>Telephone: 509-850-7011<br>Email: matt@crottyandson.com<br><br>JOHN AGNEW<br>HENDERSON, FRANKLIN, STARNES & HOLT, P.A.<br>1715 Monroe Street<br>Fort Myers, FL 33902<br>Telephone: 239-344-1364<br>Email: John.Agnew@henlaw.com<br><br>Attorneys for Plaintiff | /s/ Christine Fuqua Gay<br>Kelly-Ann G. Cartwright<br>Christine Fuqua Gay<br>HOLLAND & KNIGHT LLP<br>701 Brickell Avenue<br>Suite 2200<br>Miami, FL 33131<br>Email: kelly-ann.cartwright@hklaw.com<br>Email: christine.gay@hklaw.com<br><br>Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

*I hereby certify* that on **October 17, 2017**, I served Joint Motion Regarding Production of Plaintiff's Tax Returns by the Court's Electronic Filing System on the following Counsel for Defendants:

> Kelly-Ann G. Cartwright
> Christine Fuqua Gay
> 701 Brickell Avenue
> Suite 2200
> Miami, FL 33131
> Email: kelly-ann.cartwright@hklaw.com
> Email: christine.gay@hklaw.com

/s/ Ming Siegel
Ming Siegel