UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAINE LAMBERT,

    Plaintiff,

v.                                                             Case No: 8:17-cv-1129-T-30JSS

UNITED PARCEL SERVICE, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Joint Motion Regarding Production of Plaintiff's Tax Returns. (Dkt. 19.) The parties have agreed to the terms of an agreed protective order that governs the disclosure and use of Plaintiff's tax returns. (Dkt. 19-1.) The Court finds good cause to issue this Order. *See* Fed. R. Civ. P. 26(c). Upon consideration, it is

**ORDERED**:

1. The Joint Motion Regarding Production of Plaintiff's Tax Returns (Dkt. 19) is **GRANTED**.

2. The provisions of the Proposed Order on Joint Motion Regarding Production of Plaintiff's Tax Returns (Dkt. 19-1) are specifically incorporated by reference within this Order and shall apply to Plaintiff's tax returns produced in this action.

**DONE** and **ORDERED** in Tampa, Florida, on October 18, 2017.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 2 -

Counsel of Record